UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071  THIS DOCUMENT RELATES TO ALL CASES |

## ORDER

The Attorney Generals for the District of Columbia, Maryland, New Jersey and Washington have filed an exhaustive Notice of Potential Statement of Interests Relating to Preliminary Settlements. (Doc. No. 1270). In light of the Notice of Compliance with the Class Action Fairness Act, 28 U.S.C. § 1715 (Doc. No. 1271), on or before **October 24, 2025**, they shall file any Statement of Interests Relating to Preliminary Settlements.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE