UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

**REALPAGE, INC.'S NOTICE OF DOCUMENTS SUBMITTED
FOR IN CAMERA REVIEW**

Per the Court's Order (ECF No. 1327), RealPage hereby submits the following documents for in camera review:

A. **Documents Referenced in Paragraph 2 of the Declaration of Martin Thornthwaite ("Thornthwaite Declaration") (ECF No. 1323-1)[1]**

- **Tab 1 -** REALPAGE-MDL-03100257
- **Tab 2 -** REALPAGE-MDL-03100258
- **Tab 3 -** REALPAGE-MDL-03106815
- **Tab 4 -** REALPAGE-MDL-03100259
- **Tab 5 -** REALPAGE-MDL-03100260
- **Tab 6 -** REALPAGE-MDL-03100261
- **Tab 7 -** REALPAGE-MDL-03100262
- **Tab 8 -** REALPAGE-MDL-03100263
- **Tab 9 -** REALPAGE-MDL-03106816
- **Tab 10 -** REALPAGE-MDL-03100264

---

[1] Each of the "Tab" numbers referenced herein refers to the tab location of each hard copy document in the binder and on the thumb drive submitted to the Court for in camera review.

B. **Document Referenced in Paragraph 3 of the Thornthwaite Declaration**

- **Tab 11 -** REALPAGE-MDL-06660394

C. **Documents Referenced in Paragraph 4 of the Thornthwaite Declaration**

- **Tab 12 -** REALPAGE-MDL-06660392
- **Tab 13 -** REALPAGE-MDL-06660393
- **Tab 14 -** REALPAGE-MDL-03100468
- **Tab 15 -** REALPAGE-MDL-03100481
- **Tab 16 -** REALPAGE-MDL-03100482
- **Tab 17 -** REALPAGE-MDL-03100485
- **Tab 18 -** REALPAGE-MDL-03100493
- **Tab 19 -** REALPAGE-MDL-03106818
- **Tab 20 -** REALPAGE-MDL-03100500
- **Tab 21 -** REALPAGE-MDL-03100519
- **Tab 22 -** REALPAGE-MDL-03100520

D. **Other Documents Referenced in Paragraph 4 of the Thornthwaite Declaration**

- **Tab 23** - Privilege Log Entry No. 8837
- **Tab 24** - Privilege Log Entry No. 8838

The Court also requested that RealPage submit the February 6, 2024 email. That email is reflected in the privilege log entries in Tabs 23 and 24.

\*     \*     \*

RealPage also submits **Tab 25**, which is a November 4, 2022 Word document wherein Mr. Thornthwaite conveys and incorporates the "requests from outside counsel" as referenced in paragraph 2 of Mr. Thornthwaite's declaration.

DATED: January 9, 2026                    Respectfully submitted,

/s/ Jay Srinivasan

Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tom.dundon@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Telephone: (629) 250-3388

*Counsel for Defendant RealPage, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

      DATED this 9th day of January, 2026.

                                                */s/ Thomas H. Dundon*
                                                 Thomas H. Dundon